

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00467-CV

HOUSTON PROGRESSIVE RADIOLOGY ASSOCIATES, PLLC, RODOLFO L. GARCIA, AND BRANDON C. STROH, Appellants

V.

STEPHEN B. LEE, M.D., P.A., DEAN PAUL CHAUVIN, JR., M.D., P.A., AND MICHAEL NGUYEN, M.D., Appellees

Appeal from the 80th District Court of Harris County.
(Tr. Ct. No. 2014-12279).

This case is an appeal from the interlocutory order signed by the trial court on May 29, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was error in the trial court's order. Accordingly, the Court **reverses** the trial court's order and **remands** the case to the trial court for further proceedings.

The Court orders that the appellees, Stephen B. Lee, M.D., P.A., Dean Paul Chauvin, Jr., M.D., P.A., and Michael Nguyen, jointly and severally, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered August 27, 2015.

Panel consists of Justices Jennings, Higley, and Huddle. Opinion delivered by Justice Huddle.